```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  QUINN HOCHHALTER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  (916) 554-2700
 5
 6
 7
```




FILED

MAY 31 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>**A 2014 black Lincoln sedan with CA license plate 7ZSM535 and VIN 3LN6L2GK5ER809145;**<br><br>**A 2013 brown GMC SUV with CA license plate DISNYCA and VIN 1GKS2CE09DR239291;**<br><br>**USPS Priority Mail Parcel 99470 1036 9930 0043 2071 40;**<br><br>**2304 Quail Meadow Drive, Modesto, California 95355;**<br><br>**A 2013 gold GMC SUV with CA license plate DISNYCA and VIN 1GKS2CE09DR239291;** | 2:19-SW-230-DB<br>2:19-SW-231-DB<br>2:19-SW-376-AC<br>2:19-SW-377-AC<br>2:19-SW-350-CKD<br>2:19-SW-448-CKD<br>2:19-SW-449-CKD<br>2:19-SW-450-CKD<br><br>**REQUEST TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS** |

### REQUEST TO UNSEAL

The search warrants in the above-captioned matters have been executed and additional investigation resulted in a criminal complaint and arrest warrant executed on May 23, 2019.  As a result, there is no need for the search warrants or search warrant affidavits

to remain under seal. Accordingly, the United States asks that the Court order that the search warrants, search warrant affidavits, and related case filings be unsealed.

DATED: May 31, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Quinn Hochhalter
QUINN HOCHHALTER
Assistant United States Attorney